Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
8, 2007









Petition for Writ of
Mandamus Denied and Memorandum Opinion filed March 8, 2007.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-07-00143-CV

____________

 

IN RE DAVID ROSE, DANA ROSE, AND BRYAN JAMES, 

 Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I
N I O N

On
February 21, 2007, relators, David Rose, Dana Rose,
and Bryan James, filed a petition for writ of mandamus in this court,
complaining of rulings made by respondent, the Honorable Reece Rondon, presiding judge of the 234th District Court, Harris
County, Texas, that relate to an order granting real party-in-interest=s motion for partial summary
judgment.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex.
R. App. P. 52.1. 








Relators
have failed to establish that the trial court=s rulings are an abuse of discretion
for which they have no adequate remedy by appeal.  See In re Ford Motor Co., 165 S.W.3d 315, 317 (Tex. 2005).  Accordingly, we deny relators= petition for writ
of mandamus.                                                                                         

 

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed March 8,
2007.

Panel consists of Justices Yates, Anderson, and
Hudson.